```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
VICTOR DASH,                                    :
                                                :
                        Plaintiff,              :
                                                :          24 Civ. 5829 (JPC)
        -v-                                     :
                                                :                ORDER
CLIPPER REALTY, INC. et al.,                    :
                                                :
                        Defendants.             :
                                                :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 7, 2024, Plaintiff filed the First Amended Complaint. Dkt. 13. To date, the docket does not reflect a response to the First Amended Complaint from Defendants or whether the First Amended Complaint was served on Defendants. Accordingly, Plaintiff shall file proof of service of the First Amended Complaint as to all Defendants on or before November 27, 2024. Defendants shall respond to the First Amended Complaint on or before December 18, 2024.

SO ORDERED.

Dated: November 7, 2024
       New York, New York

                                                _____
                                                JOHN P. CRONAN
                                                United States District Judge