UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
VICTOR DASH,                                                            :
:
                           Plaintiff,                                    :
:       24 Civ. 5829 (JPC)
              -v-                                                  :
:       ORDER
CLIPPER REALTY, INC. *et al.*,                                         :
:
                           Defendants.                                   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Plaintiff Victor Dash filed the First Amended Complaint in this action on October 7, 2024. Dkt. 13. The docket reflects that Plaintiff served the First Amended Complaint on Defendants on November 12, 2024. Dkts. 16-19. The Court ordered that all Defendants respond to the First Amended Complaint by December 18, 2024. Dkt. 15. To date, Defendants have not responded to the First Amended Complaint.

       Accordingly, the Court *sua sponte* extends Defendants' deadline to respond to the First Amended Complaint to January 6, 2025. If Defendants fail to respond to the First Amended Complaint by that deadline, Plaintiff shall seek a certificate of default on or before January 10, 2025, or show cause why this action should not be dismissed for failure to prosecute.

       SO ORDERED.

Dated: December 23, 2024
       New York, New York
                                                             JOHN P. CRONAN
                                                             United States District Judge